UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAUDA ILIYA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, et al.,<br><br>        Defendants. | Case No. 24-cv-04047-TLT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 13 |

A further case management schedule is scheduled for Thursday, January 23, 2025, at 2:00 p.m. ECF 13. The parties did not file a joint case management statement as required under Judge Thompson's Civil Standing Order. *See*, Judge Thompson's Civil Standing Order at Para. 12. The parties are **ORDERED** to file a joint case management statement by Tuesday, January 21, 2025. Failure to timely file a joint case management statement may result in the case management conference being continued and an order to show cause. Self-represented litigants are given leave, if necessary, to file separate case management statements.

For assistance, Plaintiff encouraged to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent Plaintiff as his lawyer but can provide basic legal assistance at no cost. Plaintiff can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

Plaintiff can find more information at https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

1    Plaintiff can access the guide online (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED**.

Dated: January 17, 2025

_____
TRINA L. THOMPSON
United States District Judge