UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAUDA ILIYA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, et al.,<br><br>        Defendants. | Case No. 24-cv-04047-TLT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 28 |

Defendant City of Newark was served on January 7, 2025.  ECF 25 (Summons Returned Executed).  A further case management conference is scheduled for Thursday, February 27, 2025, at 2:00 p.m.  ECF 28.  Defendant has not yet appeared on the record, nor has Defendant filed a case management statement as required under Judge Thompson's Civil Standing Order. *See*, Judge Thompson's Civil Standing Order at Para. 12.

Defendant is **ORDERED** to file a separate case management statement by Thursday, February 27, 2025, at noon.  Failure to timely file a separate case management statement may result in the case management conference being continued and an order to show cause indicating why sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: February 25, 2025

TRINA L. THOMPSON
United States District Judge