1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    DAUDA ILIYA,                                    Case No.  24-cv-04047-TLT
8                    Plaintiff,
9            v.                                      **ORDER TO SHOW CAUSE**
10   CITY OF NEWARK, et al.,                         Re: Dkt. No. 28
11                   Defendants.
12
13          Defendants Newark Police Department, Officer Lobelia, Officer Losier, Officer Higbee,
14   and Officer Torres were served on January 7, 2025.  ECF 22, 23, 24, 26 (Summons Returned
15   Executed).  Defendants had until January 28, 2025 to file an answer, but have neither appeared on
16   the record nor filed an answer.
17          A further case management conference is scheduled for Thursday, February 27, 2025, at
18   2:00 p.m.  ECF 28.  Defendants have not filed a case management statement as required under
19   Judge Thompson's Civil Standing Order. *See*, Judge Thompson's Civil Standing Order at Para. 12.
20          Defendant is **ORDERED** to file a separate case management statement by Thursday,
21   February 27, 2025, at noon.  Failure to timely file a separate case management statement may
22   result in the case management conference being continued and an order to show cause indicating
23   why sanctions should not be imposed.
24          **IT IS SO ORDERED**.
25   Dated: February 25, 2025
26   _____
27   TRINA L. THOMPSON
     United States District Judge
28

United States District Court
Northern District of California